1  KENNETH S. GAINES, ESQ. SBN 049045
   ken@gaineslawfirm.com
2  DANIEL F. GAINES, ESQ. SBN 251488
   daniel@gaineslawfirm.com
3  ALEX P. KATOFSKY, ESQ. SBN 202754
   alex@gaineslawfirm.com
4  GAINES & GAINES, APLC
   21550 Oxnard Street, Suite 980
5  Woodland Hills, CA 91367
   Telephone: (818) 703-8985
6  Facsimile:  (818) 703-8984

7  Attorneys for Plaintiff TOSHIBA JOHNSON

8  MICHELLE B. HEVERLY, Bar No. 178660
   mheverly@littler.com
9  JOSHUA D. KIENITZ, Bar No. 244903
   jkienitz@littler.com
10 ALEXIS A. SOHRAKOFF, Bar No. 273410
   asohrakoff@littler.com
11 LITTLER MENDELSON, P.C.
   650 California Street, 20th Floor
12 San Francisco, California  94108.2693
   Telephone:    415.433.1940
13 Facsimile:    415.399.8490

14 Attorneys for Defendant
   THE GOODYEAR TIRE & RUBBER COMPANY
15

16                    UNITED STATES DISTRICT COURT

17                    NORTHERN DISTRICT OF CALIFORNIA

18

| | |
|---|---|
| 19  TOSHIBA JOHNSON, on behalf of herself and all others similarly situated, and on behalf of the general public, and as an "aggrieved employee" under the Labor Code Private Attorneys General Act of 2004,<br><br>                     Plaintiffs,<br><br>         v.<br><br>THE GOODYEAR TIRE & RUBBER COMPANY, an Ohio corporation, and DOES 1 through 10, inclusive,<br><br>                     Defendants. | Case No.  3:13-cv-01069-MMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING FILING OF SECOND AMENDED COMPLAINT** |

**RECITALS**

A.  WHEREAS, TOSHIBA JOHNSON ("Plaintiff ") filed her Original Complaint in Alameda County Superior Court on February 1, 2013;

B.  WHEREAS, Plaintiff filed her First Amended Complaint ("FAC") in Alameda County Superior Court on February 14, 2013;

C.  WHEREAS, on or about March 8, 2013, Defendant removed the action to this Court;

D.  WHEREAS, Defendant answered the First Amended Complaint on March 18, 2013;

E.  WHEREAS, on July 18, 2013, the parties participated in a full day mediation with respected mediator, Michael Dickstein;

F.  WHEREAS, following the mediation, the parties continued to work together on a potential settlement and, ultimately, came to terms on a class-wide settlement;

G.  WHEREAS, as part of the proposed settlement, the parties have agreed that Plaintiff shall file a Second Amended Complaint (SAC) which dismisses claims for violations of Labor Code § 2802 and Business & Professions Code § 17200.  In addition, the SAC includes an additional claim for violations of Labor Code § 226.  The proposed SAC (in redline format to show the proposed changes) is attached hereto as **Exhibit A**.

**THEREFORE**, the parties do STIPULATE AND AGREE as follows;

1.  Plaintiff's SAC shall be the operative complaint in this matter;

2.  Plaintiff's SAC shall be deemed filed upon entry of the Order on this Stipulation; and

3.  Defendant shall have thirty (30) days to respond to the SAC, to commence upon entry of this Order.

**IT IS SO STIPULATED:**

Dated: September 20, 2013

                                  */s/ Alex P. Katofsky*
ALEX P. KATOFSKY
GAINES & GAINES, APLC
Attorneys for Plaintiff TOSHIBA JOHNSON

Dated: September 20, 2013

                                  */s/ Joshua D. Kienitz*
JOSHUA D. KIENITZ
LITTLER MENDELSON, P.C.
Attorneys for Defendant
THE GOODYEAR TIRE & RUBBER COMPANY

## **ORDER**

Upon reading the forgoing Stipulation, and good cause appearing, therefore,

IT IS ORDERED THAT

1. Plaintiff's SAC shall be the operative complaint in this matter;

2. Plaintiff~~'s SAC shall be deemed filed upon entry of the Order on this Stipulation; and~~ shall file the SAC no later than September 27, 2013; and

3. Defendant shall have thirty (30) days to respond to the SAC, to commence upon entry of this Order.

**SO ORDERED**.

Dated: __September 24, 2013__

                                  HON. MAXINE M. CHESNEY
United States District Court Judge